FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2018 APR 18 PM 1: 27
CLERK
SO. DIST. OF GA.

# In the United States District Court For the Southern District of Georgia Brunswick Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * * | CIVIL ACTION NO.: 2:18-cr-14 |
| v. | * * * | |
| MARCUS MUNGIN, | * * | |
| Defendant. | | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 126, to which Defendant Marcus Mungin did not file any Objections.

Accordingly, the $30,000 appearance bond posted in this case is **FORFEITED**. However, the Court **SETS ASIDE** the entire $30,000 and **EXONERATES** the appearance bond.

**SO ORDERED**, this ____16____ day of ____April____, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)